IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAZARO MENDEZ-VANEGAS ,

Defendant.                                              No. 12-cr-30325-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for defendant Lazaro Mendez-Vanegas, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Mendez-Vanegas (Doc. 21). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on April 10, 2013 (Doc. 20). During the change of plea, defendant Mendez-Vanegas pled guilty to illegal reentry after deportation by a convicted felon following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Mendez-Vanegas' plea of guilty (Doc. 24).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Mendez-Vanegas*, that defendant Mendez-Vanegas was fully competent and capable of entering an informed plea, that defendant Mendez-Vanegas was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Mendez-Vanegas **GUILTY** on the charge in the Indictment. The Court **REMINDS** the parties that this matter for sentencing on August 2, 2013, at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 30th day of April, 2013.

Digitally signed by David R. Herndon
Date: 2013.04.30 09:54:10 -05'00'

**Chief Judge
United States District Court**